FILED

IN THE UNITED STATES DISTRICT COURT 2011 APR 29 AM 11: 30
FOR THE MIDDLE DISTRICT OF FLORIDA
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

JAMES ERNEST FRYE JUNIOR,

    Petitioner,

vs.                                       Case/Docket No. # 5:11-cv-242-Oc-17TBM

UNITED STATES OF AMERICA,

    Respondent,

_____/

## COMMERCIAL HABEAS CORPUS

COMES NOW, Petitioner James Ernest Frye Junior, Pro Se, and respectfully moves this Honorable Court for relief in accord with the provisions of Title 28 USCS § 3206 and UCC Article 3 Section 3-310 & 3-311, Discharge based on satisfaction of judgment. Attached hereon is evidence of the fact that the Judgment has been satisfied, clearly making it no longer equitable that the judgment have prospective application.

Additionally the petitioner respectfully request that this Honorable Court issue an order having any subordinate lien attached to this Judgment extinguished pursuant to Title 28 USC 2410(e).

In the alternative the petitioner moves this Honorable Court to order a Show Cause hearing at which time any question concerning the unlikely possibility that any portion of this debt remains unsatisfied, can be addressed and immediatly satisfied, allowing this court the further evidence it may need to issue a Certificate

of Satisfaction of Judgment and the Order to release all liens of record attached to the Judgment against the petitioner, immediately.

Done this 21st day of April, 2011

Respectfully Submitted,

I hereby do certify that Pursuant to penalty of Perjury Title 28 USC § 1746 on this 21st, day of April 2011, I signed and mailed this document via the United States Postal Service.

_____
James Ernest Frye Junior, Pro Se
Register No. # 98362-024
USP Coleman #2
Post Office Box 1034
Coleman, Florida 33521

## AFFIDAVIT CERTIFICATION OF MAILING

STATE OF ILLINOIS  )
COUNTY OF COOK    )

On this _11_ day of January 2011, for the purpose of verification I the undersigned Notary Public being commissioned in the County of Cook and State of Illinois, do herby certify that James Ernest Frye caused me to be in possession of the documents listed below. I the undersigned Notary, personally verify that the documents were placed in an envelope and sealed by me. They were sent via United States Post Office Certified Mail Number 7002 0510 0009 9674 6055 to J. T. Noblin, Clerk of the United States District Court for the Southern District of Mississippi, 245 East Capitol Street, Jackson, Mississippi 39201.

1. NOTARIZED AFFIDAVIT CERTIFICATION OF MAILING
2. FIDUCIARY INSTRUCTIONS
3. BONDED PROMISSORY NOTE (#BPN-JEFJ-01)
4. INTERNAL REVENUE SERVICE FORM No. 56
5. INTERNAL REVENUE SERVICE FORM 1040V
6. POSTAGE PRE-PAID ENVELOPE CERTIFIED MAIL NUMBER 7002 0510 0003 9674 6048

_____
James Ernest Frye

WITNESS my hand and official seal.

_____
NOTARY PUBLIC

1-27-11
DATE

OFFICIAL SEAL
JAMICA CHANEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/17/13

MY COMMISSION EXPIRES _6-17-13_

USPS - Track & Confirm                                              Page 1 of 1


**UNITED STATES**
**POSTAL SERVICE**®                                              Home | Help | Sign In

                                                                Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7002 0610 0003 9674 6055
Expected Delivery Date: January 28, 2011
Class: First-Class Mail®
Service(s): Certified Mail™
            Return Receipt
Status: Acceptance

Your item was accepted at 10:28 am on January 22, 2011 in CHICAGO, IL 60619. Information, if available, is updated periodically throughout the day. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    1/28/2011

Case 4:01-cr-00008-WHB -FKB   Document 528   Filed 01/26/11   Page 1 of 5

NO. BPN-JEFJ-01

**BONDED PROMISSORY NOTE**
USPS CERTIFIED MAIL TRACKING NO. 7002 0510 0003 9674 6065

--- $ 50,000,000.00 ---
Fifty Million United States Dollars

To the Order of:   Timothy Geithner, d/b/a Secretary Of the U. S. Treasury
J.T. Noblin d/b/a Clerk of the United States District Court
Southern District of Mississippi andFiduciary Trustee on
this Bonded Promissory Note

In the Amount of:   Fifty Million United States Dollars ($ 50,000,000.00)

For Credit To:   TIMOTHY GEITHNER, d/b/a SECRETARY OF THE TREASURY and
J.T. NOBLIN, d/b/a CLERK OF UNITED STATES DISTRICT COURT
for JAMES ERNEST FRYE JUNIOR # 4:01-cr-8-2-BN & 4:09-cv-3-WHB
plus interest, penalties, and extra fees.

Routing Through   DTC ROUTING NUMBER - #.0510-0003-3
DTC ACCOUNT NUMBER - # 083950035 and Private Offset Bond
No. # POB-JEFJ-01 c/o THE SECRETARY OF THE TREASURY
TIMOTHY GEITHNER Certified Mail Tracking No. 7002 0510
0003 9674 6031

This negotiable instrument, tendered lawfully by James Ernest Frye Junior, ("Maker") in good faith shall evidence as a debt to the Payee pursuant to the following terms:

1. This Note shall be posted in full dollar amount pursuant to the Credit Order noted above and presented to the co-payee Timothy Geithner Secretary of the United States Treasury, in the attached pre-addressed envelope by certified mail/RR (certificates completed and supplied)

2. Payee shall, upon reciept of this instrument, charge account 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 Via Pass-Through DTC Routing Number # 0510-0003-3 Account Number 083950035 for the purpose of terminating any past, present, or future liabilities expressed or implied, attached or attributed to # 340528834 this is a Public Debt obligation to the United States.

3. Payee shall ledger this Note for a period of twelve (12) months commencing the start of buisness on December 21, 2010 until the close of buisness December 31 2011, not to exceed three hundred sixty five (365) days at an interest rate equal to the current rate per annum

4. Upon maturity, this Note shall be due and payable in full with interest and any associated fees. Payment shall be ledgered agianst Private Offset Bond USPS Certified Mail Tracking Number 7002 0510 0003 9674 6031 haid and secured by Timothy Geithner, Secretary of the United States Treasury.

December 21, 2010

_[signature]_
Authorized Representative

************************************************************

TIMOTHY GEITHNER
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 2022

J.T. NOBLIN
Clerk of United States District Court
Southern District Of Mississippi
245 East Capitol Street
Jackson, Mississippi 39201

DONALD SHULMAN
Office of the Commissioner
Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20228

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES THIS DOCUMENT AND ATTACHMENTS ARE NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM DISTRESS OR IMPEDE PUBLIC PROCEDURES. THEY ARE PRESENTED PURSUANT TO LEGAL AUTHORITY TO FACILITATE THE STATED INTENTION OF ACHIEVING HONORABLE SETTLEMENT. ANY AFFIRMATION CONTRARY TO THIS STATED INTENTION WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT AND ACCEPTANCE OF LIABILITY THEREFROM.

J.T. MOBLIN
CLERK OF THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 EAST CAPITOL STREET
JACKSON, MISSISSIPPI 39201

James Ernest Frye Junior
C/O  Janica Chaney         , NOTARY PUBLIC
    816 East 87th Street
    Chicago, Illinois 60619

RE: 4:01-cr-8-BN & 4:09-cv-3-WHB
Appointment of Fiduciary Trustees for Bonded Promissary Note No. BPN-JEFJ-01

CC: TIMOTHY F. GEITHNER
SECRETARY OF THE U.S. TREASURY
UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20220

## FIDUCIARY INSTRUCTIONS

The attached deposit instrument, Bonded Promissary Note No. BPN-JEFJ-01 is hereby presented under notary seal by prearrangement with the Dept. of the Treasury. Treasury Secretary Timothy F. Geithner is a co-payee on the note and holder of the securitization bond referenced thereon.

Please Credit the above-referenced account dollar for dollar for the full value of the note and present it to Mr. Timothy Geithner no later than five (5) days after you received it from the notary. A pre-addressed certified mail/RR no. # 7002 1510 0003 9674 6048 and envelope with certificates completed and attached has been provided for your convienence.

The Court is hereby authorized to utilize the revenue windfall to it's benefit until maturity. In consideration, you are expected to issue a settlement statement, warrant or other confirmation of closure of case No. 4:01-cr-8-BN & 4:09-cv-3 WHB reflecting the posted credit. You may also debit any cousomary fees and mailing costs. Please allow sixty (60) days for final reconciliation however customary banking practices via your Treasury account can shorten the duration.

Your copy of IRS Form 1040V has been attached to insure Treasury can track the transaction. The payment instrument has been marked BPN-JEFJ-01 and will be monitored in real time to protect Mr. Geithner's interest. It is essential that you post the credit and make presentment to the Secretary, or return the instrument for cause with evidence of a substantial legal defect within three (3) days of receipt. "Internal regulations" and "buisness as usual" do not qualify as substantive legal defects.

Fiduciary Instructions Page 1 of 3

NOTICE: Failure to post the credit or identify a defect will be certified by the Notary as your stipulation to the value and validity of the instrument and confession of a theft of public funds when you defaulted on the opportunity to rebut. A return of the instrument without cause will be certified as a conversion of liability under public policy and your agreement to act as the defendant's surety commercially and corporeally as the situation may require. In either case, the Notary's administrative judgement will certify your confession of having failed to deposit funds with Treasury in a pending judicial case.

Any such confession will be recorded and annexed to a petition for a hearing where you can show cause under penalty of perjury why you should not be compelled to pay for all liabilities formerly attributed to the Defendant and remanded for criminal investigation. In the event the petition is dishonored, the confession will be annexed to a criminal complaint to be presented to the U.S. Attorney, and if necessary, directly to the Grand Jury pursuant to the Defendant's misprison of felony mandate. Interference with such prosecution would of course comprise tampering, concealing and influencing a court officer. The Criminal Investigation Division of the IRS and the Solicitor General will be enlisted to seize the <u>full amount</u> of the funds from your bond on behalf of the Treasury, the <u>Alien Property</u> Custodian, and the Office of Foriegn Assets Control, and investigate whether the gain is being properly reported as personal property. The commercial process will be audited by a Senior Member of the President's Corporate Fraud Task Force.

IT IS IMPERATIVE THAT YOUR RECORDS ARE NOT ALTERED OR DESTROYED INCLUDING OFF-BALANCE SHEET ACCOUNTING REGARDLESS OF ORDERS FROM SUPERIORS WHO MAY NOT SHARE YOUR LIABILITY AND WANT OF IMMUNITY. A subpeona will be issued for a certified accounting and you will be afforded the opportunity under penalty of perjury to disqualify the set-off, identify the surety, and rebut the public record of personal liability and confession to high crimes. As I imagine you would welcome the Opportunity to qualify your actions, a demand for a bill of particulars will be annexed to a complaint as a further courtesy. You may wish to contact private counsel before dishonoring the attached tender of payment.

James Ernest Frye Junior

in care of _Jamica Chaney_, Notary Public

_816 East 87th Street_

_Chicago, Illinois 60619_

Communication sent in any other manner will be defective on it's face and insures that the notary certifies the conversion.

The Fudiciary appointment is effective immediatly and will continue through the term of the note. Your original offer has been accepted for valu.

Thank you in advance for your cooperation.

James Ernest Frye Junior

CC: Timothy Geithner, U.S. Trustee
    Secretary of the Treasury
    C/O U.S. Department of the Treasury
    1500 Pennsylvania Avenue, NW
    Washington, DC 20220

    Eric Holder Attorney General
    Paul J. Mcnulty - Deputy Attorney General (or current office Holder)
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC20530-0001

    Paul D Clement
    Solicitor General (or current office holder)
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    Peter D Keiser, Director (or current office holder)
    Office of Alien Property
    Civil Division
    U.S. Department of Justice
    950 Pennsylvania Ave, NW
    Washington, DC 20530-0001

    Chief Counsel or nominee
    Office of Foriegn Assets Control
    U.S. Department of the Treasury
    Treasury Annex
    1500 Pennsylvania Avenue, NW
    Washington, DC 20220

Fiduciary Instructions page 3 of 3

| Form **56** (Rev. December 2007) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |

### Part I — Identification

Name of person for whom you are acting (as shown on tax return)
JAMES ERNEST FRYE JUNIOR AKA JAMES EDWARD FRYE

Identifying number

Address of person for whom you are acting (number, street, and room or suite no.)
C/O 601 PORT STREET #601

City or town, state, and ZIP code (if a foreign address, see instructions.)
ST. JOSEPH, MICHIGAN 49085

Fiduciary's name
J.T. NOBLIN d/b/a COURT CLERK, W.H. BARBOUR d/b/a U.S. COURT JUDGE, R. STARRETT d/b/a AUSA

Address of fiduciary (number, street, and room or suite no.)
EASTLAND FEDERAL COURTHOUSE - 245 EAST CAPITOL STREET

City or town, state, and ZIP code
JACKSON, MISSISSIPPI 39201

Telephone number (optional)
( )

### Part II — Authority

1  Authority for fiduciary relationship. Check applicable box:
  a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . .  (2) Date of death ...........
  b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . .  (2) Date (see instructions) ...........
  c    ☐ Valid trust instrument and amendments
  d    ☒ Other. Describe ▶ Appointment of Fiduciary DEBTOR and Creditor - INDEMNITY BOND #PDIB-JEFJ-01  U.S.P.S. REGISTERED MAIL TRACKING NUMBER RB 850 599 615 US

### Part III — Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ...........
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ...........
4  Year(s) or period(s) (if estate tax, date of death) ▶ ...........
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for same (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☒ and list the applicable federal tax form number and the year(s) or period(s) applicable 1099-OID, 1096, 1040V, 4056T, 1040A and 1040ES

### Part IV — Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
  Reason for termination of fiduciary relationship. Check applicable box:
  a ☐ Court order revoking fiduciary authority
  b ☐ Certificate of dissolution or termination of a business entity
  c ☐ Other. Describe ▶

#### Section B—Partial Revocation

8a Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐
  b Specify to whom granted, date, and address, including ZIP code.
  ▶ ...........

#### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ▶ ☐
  ▶ ...........

For Paperwork Reduction Act and Privacy Act Notice, see back page.   Cat. No. 16375I   Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                             Page 2

**Part V   Court and Administrative Proceedings**

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency):
U.S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI

Date proceeding initiated: FEBURARY 21, 2001

Address of court: 245 EAST CAPITOL STREET

Docket number of proceeding: 4:01-cr-8-2-BN/ 4:09-cv-3-WHB

City or town, state, and ZIP code: JACKSON, MISSISSIPPI 39201

Date:     Time:     a.m./p.m.     Place of other proceedings:

**Part VI   Signature**

Signature: _June E. Fry_   Authorized Representative   1-23-11

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please Sign Here ▶ _____
Beneficial Owner     Title, if applicable     Date

Form 56 (Rev. 12-2007)

# 2010 Form 1040-V  Department of the Treasury Internal Revenue Service

## What is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2010 Form 1040, Form 1040A, or Form 1040EZ. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

- Make your check or money order payable to the "United States Treasury." Do not send cash.
- Make sure your name and address appear on your check or money order.
- Enter your daytime phone number and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return. Also enter "2010 Form 1040," "2010 Form 1040A," or "2010 Form 1040EZ," whichever is appropriate.
- To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX xx/100").

## How To Send In Your 2010 Tax Return, Payment, and Form 1040-V

- Detach Form 1040-V along the dotted line.
- Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.
- Mail your 2010 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

Cat. No. 20975C

Form **1040-V** (2010)

▼ Detach Here and Mail With Your Payment and Return ▼

---

| Form **1040-V** Department of the Treasury Internal Revenue Service | Payment Voucher ▶ Do not staple or attach this voucher to your payment or return. | OMB No. 1545-0074 **2010** |

| 1 Your social security number (SSN) 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 | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars $50,000,000 | Cents 00 |

| 4 Your first name and initial JAMES E. | Last name FRYE JR. |
| If a joint return, spouse's first name and initial | Last name |

| Home address (number and street) C/O 601 PORT STREET | Apt. no. #601 |
| City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.) ST JOSEPH, MICHIGAN 49085 |

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 20975C