James E. Frye Jr #98362-024
P.O. Box 1034   FCC Coleman USP II
Coleman Florida  33521-1034

FILED

2011 JUN 22  AM 10: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

U.S. District Court
Office of the Clerk
207 NW Second Street, Room 337
Ocala Florida  34475-6666

June 19th 2011
RE: 5:11-cv-00242-EAK-TBM  ("Track One" Notice)

Dear Clerk of Court

   After being off lock down for almost 36 hours this institution is again on indefinite institutional lock down, and has been since 6-9-2011. I received the notice for "Track One" designation, returned to me from the warden/staff with a notation on the envelope requesting it be sent in the institutional mail.

   I received the notice from your office on Thurs. May 26th 2011 and put it in the institutional mail to the warden May 27th. After being held by staff here at Coleman II it has been returned to me on June 17th 2011. I am again placing it in the institutional mail on June 19th 2011, but with a certificate of service (copy enclosed) while providing the court with a handwritten copy for the record.

   Please notify me of any orders issued regarding this case.  Thank you Sincerely

   James Frye Jr

# CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE "NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05" WAS MAILED TO MR. DREW - WARDEN FCC COLEMAN USP II 846 NE 54th TERRACE COLEMAN FLORIDA 33521, BY PLACING IT IN THE HAND OF UNIT L1 CORRECTIONAL OFFICER MS. FLYNN DURING INSTITUTIONAL AND LEGAL MAIL PICK UP, WITH SUFFICIENT FIRST CLASS POSTAGE.

DONE DURING INDEFINITE INSTITUTIONAL LOCKDOWN ON THIS 19th DAY OF JUNE 2011

I HEREBY DO CERTIFY THAT PURSUANT TO PENALTY OF PERJURY TITLE 28 U.S.C. § 1746, THAT ON JUNE 19th 2011 I SIGNED AND MAILED THIS DOCUMENT VIA THE FEDERAL BUREAU OF PRISONS LEGAL MAIL SYSTEM.

Respectfully Submitted

*[signature]*

JAMES ERNEST FRYE JUNIOR - PRO SE
REGISTER # 98362-024
FCC COLEMAN USP II
P.O. BOX 1034
COLEMAN FLORIDA 33521-1034