UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES ERNEST FRYE, JR.

Petitioner,

-vs-  Case No.  5:11-cv-242-Oc-17TBS

WARDEN, FCC COLEMAN - USP II,

Respondent.
_____

**O R D E R TO SHOW CAUSE**

Petitioner initiated this action upon the filing of a Petition for Writ of Habeas Corpus. A review of the record shows that Petitioner paid the filing fee, but has failed to submit a sufficient number of copies of the Petition for service of process. Accordingly, within **TWENTY-ONE (21) DAYS** from the date of this Order, Petitioner shall submit three additional copies of the Petition.  The failure to comply with this Order within the allotted time could result in the dismissal of this case without further notice.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, this 18th day of August 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:
James Ernest Frye, Jr.