UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES ERNEST FRYE, JR.

    Petitioner,

-vs-                                                            Case No.  5:11-cv-242-Oc-17TBS

WARDEN, FCC COLEMAN - USP II,

    Respondent.
_____

**O R D E R**

Petitioner, *pro se*, initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1).  On October 18, 2011, Respondent filed a Response to the Petition.  (Doc. 10).  Pending before the Court is Petitioner's Motion for an Extension of Time to File a Reply to the Response.  (Doc. 11).

Upon due consideration, Petitioner's Motion (Doc. 11) is **GRANTED**.  Petitioner is directed to file his Reply to the Response to the Petition within **TWENTY (20) DAYS** of the date of this Order.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Ocala, Florida, this 3rd day of November 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
James Ernest Frye, Jr.
Counsel of Record